**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| ITD SPARTEK, L.L.C. | ) | |
| | ) | CASE NO. 07-07008 SPS |
| | ) | |
| | ) | JUDGE SUSAN PIERSON SONDERBY |
| Debtor(s) | ) | |

**PROPOSED DISTRIBUTION REPORT**

    I, <u>RICHARD M. FOGEL</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

    <u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims | $  0.00 |
| Chapter 7 Administrative Expenses: | $  27,319.63 |
| Chapter 11 Administrative Expenses: | $  0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $  0.00 |
| Secured Tax Liens: | $  0.00 |
| Priority Tax Claims: | $  3,600.00 |
| Other Priority Claims (507(a)(9)-(a)(10)): | $  0.00 |
| General Unsecured Claims: | $  33,031.99 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $  63,951.62 |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                           **PAGE 2**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| | Secured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| | §726(a) & (B) and §507(a)(1)<br>(Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $27,319.63 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|
| | RICHARD M. FOGEL, TRUSTEE FEE | 7,147.20 | 7,147.20 |
| | RICHARD M. FOGEL, EXPENSES | 41.40 | 41.40 |
| | ALAN D. LASKO & ASSOCIATES, P.C., ACCOUNTANT FOR TRUSTEE FEE | 9,632.03 | 9,632.03 |
| | ALAN D. LASKO & ASSOCIATES, P.C., EXPENSES | 60.56 | 60.56 |
| | SHAW GUSSIS FISHMAN GLANTZ, ATTORNEY FOR TRUSTEE FEE | 9,851.50 | 9,851.50 |
| | SHAW GUSSIS FISHMAN GLANTZ, EXPENSES | 586.94 | 586.94 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| | §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| | §507(a)(1)(B) Domestic Support Obligation | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**DISTRIBUTION REPORTS** **PAGE 3**

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,650.00 | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds of $4,650.00 | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,650.00 | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) – Deposits by consumers to the extent of $2,100.00 | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

Case 07-07008   Doc 40-4   Filed 11/04/08   Entered 11/04/08 12:07:13   Desc Exhibit
D: Proposed Distribution Report   Page 4 of 7

**DISTRIBUTION REPORTS** **PAGE 4**

| **10.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|---|
| 507(a)(7) – Alimony | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **11.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|---|
| §724(b) - Tax Liens | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **12.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $3,600.00 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 000020 | ILLINOIS DEPARTMENT OF REVENUE | 3,600.00 | 3,600.00 |

| **13.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **14.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|---|
| §507(a)(10) – Death & Personal Injury | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **15.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|---|

**DISTRIBUTION REPORTS** PAGE 5

| | | | |
|---|---|---:|---:|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $903,746.59 | 3.66% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|
| 000001 | CERAMIC TOOL COMPANY | 269.30 | 9.84 |
| 000002 | CONFORMS | 1,115.47 | 40.77 |
| 000003 | CHARLES W. MCDOWELL | 750.00 | 27.41 |
| 000004 | VICTORY SERVICES, LTD | 130,559.90 | 4,771.97 |
| 000005 | TILES OF ITALY LTD | 524,759.65 | 19,180.00 |
| 000006 | R.J. SCHWARTZERS & ASSOCIATES, CPA | 7,585.00 | 277.23 |
| 000007 | INTERNATIONAL WHOLESALE TILE | 603.15 | 22.05 |
| 000008 | CERAMICHE MOMA SPA | 12,588.22 | 460.10 |
| 000009 | CERAMICHE ASCOT SPA | 50,422.13 | 1,842.93 |
| 000010 | DOM CERAMICHE SPA | 21,906.94 | 800.70 |
| 000011 | VIJAY STONE QUARRIES PVT LTD | 78,411.89 | 2,865.96 |
| 000012 | BOSTIK, INC | 39,529.09 | 1,444.79 |
| 000013 | NARDINI CERAMICA | 8,212.00 | 300.15 |
| 000014 | MARBLE DISCOUNT & TILE SUPPLY | 1,330.65 | 48.64 |
| 000015 | INCEPA REVESTIMENTOS CERAMICOS, LTD | 18,000.00 | 657.90 |
| 000019 | COOPERATIVA CERAMICA D"IMOLA | 7,703.20 | 281.55 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**DISTRIBUTION REPORTS**                                                                                          **PAGE 6**

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Subordinated unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 19. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) – Interest | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 20. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) – Surplus to Debtor | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 000016 | INCEPA REVESTIMENTOS CERAMICOS | $64,196.50 | Disallowed |
| Unsecured | 000017 | HARTFORD FIRE INSURANCE COMPANY | $367.77 | Withdrawn |
| Unsecured | 000018 | INCEPA REVESTIMENTOS CERAMICOS LTDA | $64,196.50 | Disallowed |
| Unsecured | 000021 | CERAMICHE ASCOT SPA | $50,422.13 | Duplicate |
| Unsecured | 000022 | CERAMICHE MOMA SPA | $12,588.22 | Duplicate |
| Unsecured | 000023 | DOM CERAMICHE | $21,906.94 | Duplicate |

**DISTRIBUTION REPORTS**	**PAGE 7**

      WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


Dated: _____	_____
                                                                  RICHARD M. FOGEL, TRUSTEE


Richard M. Fogel
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL  60654
(312)276-1334

{6114 RPT A0217828.DOC}**EXHIBIT D**