**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| ITD SPARTEK, L.L.C. | ) | |
| | ) | CASE NO. 07-07008 SPS |
| | ) | |
| | ) | JUDGE  SUSAN PIERSON SONDERBY |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

At:     U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 642, Chicago, IL 60604

on:     **December 16, 2008**
at:     **10:30 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

a. Receipts                                        $_____77,944.08

b. Disbursements                              $_____13,992.46

c. Net Cash Available for Distribution     $_____63,951.62

4.      Applications for administration fees and expenses have been filed as follows:

| Applicant | | Compensation Previously Paid | | Fees Now Requested | | Expenses Now Requested |
|---|---|---|---|---|---|---|
| Richard M. Fogel, Trustee | $ | 0.00 | $ | 7,147.20 | $ | 41.40 |
| Alan D. Lasko, Trustee's Accountant | $ | 0.00 | $ | 9,632.03 | $ | 60.56 |
| Shaw Gussis, Trustee's Attorney | $ | 0.00 | $ | 9,851.50 | $ | 586.94 |

5.      In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,600.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 100.00%.

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|
| 000020 | ILLINOIS DEPARTMENT OF REVENUE | $ | 3,600.00 | $ 3,600.00 |

6.      Claims of general unsecured creditors totaling $903,746.59, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 3.66%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|
| 000001 | CERAMIC TOOL COMPANY | $ | 269.30 | $ 9.84 |
| 000002 | CONFORMS | $ | 1,115.47 | $ 40.77 |
| 000003 | CHARLES W. MCDOWELL | $ | 750.00 | $ 27.41 |
| 000004 | VICTORY SERVICES, LTD | $ | 130,559.90 | $ 4,771.97 |
| 000005 | TILES OF ITALY LTD | $ | 524,759.65 | $ 19,180.00 |
| 000006 | R.J. SCHWARTZERS & ASSOCIATES, CPA | $ | 7,585.00 | $ 277.23 |
| 000007 | INTERNATIONAL WHOLESALE TILE | $ | 603.15 | $ 22.05 |
| 000008 | CERAMICHE MOMA SPA | $ | 12,588.22 | $ 460.10 |
| 000009 | CERAMICHE ASCOT SPA | $ | 50,422.13 | $ 1,842.93 |
| 000010 | DOM CERAMICHE SPA | $ | 21,906.94 | $ 800.70 |
| 000011 | VIJAY STONE QUARRIES PVT LTD | $ | 78,411.89 | $ 2,865.96 |
| 000012 | BOSTIK, INC | $ | 39,529.09 | $ 1,444.79 |
| 000013 | NARDINI CERAMICA | $ | 8,212.00 | $ 300.15 |
| 000014 | MARBLE DISCOUNT & TILE SUPPLY | $ | 1,330.65 | $ 48.64 |
| 000015 | INCEPA REVESTIMENTOS CERAMICOS, LTD | $ | 18,000.00 | $ 657.90 |
| 000019 | COOPERATIVA CERAMICA D"IMOLA | $ | 7,703.20 | $ 281.55 |

7.      Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois    60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.      Debtor has not been discharged.

{6114 NTC A0217832.DOC}

10.    The Trustee proposed to abandon the following property at the hearing:

Cash (none found at premises) and inventory in possession of 3rd parties per statement of affairs.

Dated:    **November 6, 2008**                    For the Court,


By:    **KENNETH S. GARDNER**
            Kenneth S. Gardner
            Clerk of the United States Bankruptcy Court
            219 S. Dearborn Street, 7th Floor
            Chicago, IL  60604

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: amcc7                    Page 1 of 2          Date Rcvd: Nov 06, 2008
Case: 07-07008               Form ID: pdf002               Total Served: 64

The following entities were served by first class mail on Nov 08, 2008.
```
db           +ITD Spartek L.L.C.,   P.O. Box 277,   Elk Grove Village, IL 60009-0277
aty          +Ira Bodenstein,   Shaw, Gussis, Fishman, Glantz, etal,   321 N. Clark Street,   Suite 800,
               Chicago, IL 60654-4766
aty          +Joseph E Cohen, Atty,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty          +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfton,   321 N Clark Street   Suite 800,
               Chicago, IL 60654-4766
tr           +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfson,   321 N Clark Street   Suite 800,
               Chicago, IL 60654-4766
11311034     +AT&T,   Bill Payment Center,   Saginaw, MI 48663-0001
11311030      Activant Solutions, Inc,   P.O. Box 822027,   Philadelphia, PA 19182-2027
11311031     +Aflac,   Remittance Processing SE,   Columbus, GA 31999-0001
11311032     +American Bullnose Co,   Midwest Chicago,   373 Balm Court,   Wood Dale, IL 60191-1253
11311036      BIT Information Technologies,   1 S 376 Summit Court A,   Villa Park, IL 60181
11311035      Batik Import Export,   Via Marco Polo, 17-41049,   Sassuolo (MO) Italy
11311037      Bostik, Inc,   Attention: Steve Archie,   211 Boston Street,   Middleton, MA 01949-2128
11311043    +++CHARLES W. MCDOWELL,   144 STABLE GATE LN UNIT 634,   FLORENCE KY  41042-7163
               (address filed with court:  Charles W. McDowell,  634 Stable Gate Lane,   Florence, KY 41042)
11311047     +CXI Trucking,   P.O. Box 1629,   Melrose Park, IL 60161-1629
11311038      Card Member Services,   P.O. Box 15153,   Wilmington, DE 19886-5153
11311040     +Ceramic Solutions,   5410 Anderson Road,   Tampa, FL 33614-5301
11311041     +Ceramic Tile Works,   11225 86th Avenue North,   Maple Grove, MN 55369-4510
11311042     +Ceramic Tool Company,   N16W23250 Stoneridge Drive,   Waukesha, WI 53188-1194
11618136     +Ceramiche Ascot SPA,   Euler Hermes ACI Agent of Ceramiche Asco,   800 Red Book Boulevard,
               Owings Mills, MD 21117-5173
11471869     +Ceramiche Ascot SPA,   c/o Abrams & Abrams, PC,   75 E. Wacker Drive, #320,
               Chicago, IL 60601-3740
11471815     +Ceramiche Moma SPA,   c/o Abrams & Abrams, PC,   75 E. Wacker Drive, Suite 320,
               Chicago, IL 60601-3740
11311044     +Conforms,   7668 Plaza Court,   Willowbrook, IL 60527-5607
11311045      Cook County Collector,   Cook County Department of Revenue,   P.O. Box 641547,
               Chicago, IL 60664-1547
11311046      Cooperativa Ceramica D'Imola,   Via Veneto 13,   40020 Imola (bo) Italy
11311048     +D. Kratt International, Inc,   P.O. Box 66567,   Chicago, IL 60666-0567
11311049      Descartes Systems (USA) LLC,   P.O. Box 404037,   Atlanta, GA 30384-4037
11618146     +Dom Ceramiche,   Euler Homes ACI agent of Dom Ceramiche,   800 Red Brook Boulevard,
               Owings Mills, MD 21117-5173
11471925     +Dom Ceramiche SPA,   c/o Abrams & Abrams PC,   75 E. Wacker Drive, #320,   Chicago, IL 60601-3740
11311051     +Douglas Automotive,   312 South Hager,   Barrington, IL 60010-4106
11311052      ECOLIFE S.R.L.,   VIALE DELLA PACE, 16/E,   41049 SASSUOLO (MO),   P.O. BOX 100-ITALY
11311053     +Epic Express,   P.O. Box 1108,   Station 'T',   Calgary AB CN T2H 2J1
11618143     +Euler Hermes Siac (North America),   Euler Hermes ACI Agent of Ceremiche Moma,
               800 Red Brook Boulevard,   Owings Mills, MD 21117-5173
11311055     +First National Bank as Trustee,   c/o Win Wehrli,   104 South Parkway,
               Naperville, IL 60540-5254
11311056     +First National Bank as Trustee,   c/o Win Wehrli,   104 South Parkway Drive,
               Naperville, IL 60540-5254
11311057     +Fort Dearborn Life Insurance,   36788 Eagle Way,   Chicago, IL 60678-0001
11559680      Hartford Fire Insurance Company,   Bankruptcy Unit T-1-55,   Hartford Plaza,
               Hartford, CT  06115
11618034    ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
               (address filed with court:  Illinois Department of Revenue,   Bankruptcy Section,
               100 West Randolph Street  Level 7-400,   Chicago, Illinois  60601)
11550172     +INCEPA REVESTIMIENTOS CERAMICOS LTDA,   SGA Recoveries Inc,   1700 North Dixie Highway Suite 150,
               Boca Raton, FL 33432-1800
11311058      Idea Ceramica,   Via Panaria Bassa, 177A,   41034 Finale Emilia (MO) Italy,   C IT 1
11311059     +Incepa Revestimentos Ceramicos,   Ronald P Slates PC,   523 W 6th Street Suite 502,
               Los Angeles, CA 90014-1225
11562772      Incepa Revestimentos Ceramicos LTDA,   SGA Recoveries North,   1700 Dixie Highway, Suite 150,
               Boca Raton, FL 33432
11559559     +Incepa Revestimentos Ceramicos LTDA,   Ronald P Slates PC ESQ,   523 W 6th Street Suite 502,
               Los Angeles, CA 90014-1225
11311060     +International Wholesale Tile,   3500 S.W. 42nd Avenue,   Palm City, FL 34990-5613
11311061     +Joe Suryadevara,   59 Goldenrod Drive,   Belle Mead, NJ 08502-4119
11311062      Larsen Packaging Products, Inc,   P.O. Box 252,   Medinah, IL 60157-0252
11311063     +Marble Discount & Tile Supply,   P.O. Box 717,   Big Lake, MN 55309-0717
11311064      Nardini Ceramica,   ROD. Washington Luis, K165.1,   Saida 164   Santa Gertrudes,
               Sao Paulo, Brazil IL 13510-970
11311066     +On the Wall,   4400 118th Avenue N Suite 106,   Clearwater, FL 33762-4437
11311067     +R.J. Schwartzers & Associates, CPa,   906 Curtiss Street,   Downers Grove, IL 60515-4712
11311068     +RJW Logistics, Inc,   P.O. Box 700,   Bloomingdale, IL 60108-0700
11311069      Rockwell Transportation Services,   P.O. Box 803,   Perkasie, PA 18944-0803
11311070      Saia Motor Freight Line, Inc,   P.O. Box 730532,   Dallas, TX 75373-0532
11311071     +Services Products, Inc,   5900 West 51st Street,   Chicago, IL 60638-1483
11311072     +Stark Contractors, Inc,   1029 North Throop Street,   Chicago, IL 60642-4028
11311073      Surfaces Transport Inc,   P.O. Box 250806,   Milwaukee, WI 53225-6512
11311074      The Custom Companies,   P.O. Box 94338,   Chicago, IL 60678-4338
11442729     +Tiles of Italy Ltd,   c/o RJ Schwartzers,   906 Curtiss St,   Downers Grove, IL 60515-4712
11311076     +Victory Services, LTD,   c/o R. Schwartzers,   906 Curtiss Street,   Downers Grove, IL 60515-4712
11311077      Vijay Stone Quarries PVT LTD,   Flat No 202, Sainivas,   Saifabad, Hyderabad - 500 004, 30,
               Andhra Pradesh India IN 1
11311078     +Waste Management,   1411 Opus Place Suite 400,   Downers Grove, IL 60515-1481
11311079     +Wesley M. Smeltzer,   1407 Shaw Avenue,   Naperville, IL 60564-5177
11311080     +XO Communications,   11111 Sunset Hills Road,   Reston, VA 20190-5327
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Nov 06, 2008
Case: 07-07008               Form ID: pdf002          Total Served: 64

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Nov 07, 2008.
11311065       E-mail/Text: bankrup@nicor.com                  Nicor Gas,    P.O. Box 2020,
                 Aurora, IL 60507-2020
11311075       E-mail/PDF: bankruptcyverizonwireless@afninet.com Nov 07 2008 04:21:18      Verizion Wireless,
                 P.O. Box 790406,   Saint Louis, MO 63179-0406
                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11311033       Ascot Ceramiche S.P.A,    VIA Croce, 80,    Solignano (MO)  Italy IT  41050
11311039       Caribe Ceramics,   Philip Augustus Road,    Longdenville,    Trinidad WI 1
11311050       Dom Ceramiche S.P.A,    Stada Statale 569, N. 1677A,    Italy - 41014,   Solignano (MO) 1IT 1
11311054       Ermes Ceramiche Spa,    Via Statale 467, NR. 171,    Veggia IT 42010
                                                                              TOTALS: 4, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 08, 2008**                    **Signature:**          *Joseph Speetjens*