IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 07-07008 |
| | ) | Chapter 7 |
| ITD SPARTEK, LLC, | ) | |
| | ) | Hon. Susan Pierson Sonderby |
| Debtor | ) | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION**
**TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE SUSAN PIERSON SONDERBY,
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses, a copy of which is attached as Exhibit "A", and the Trustee's Distribution Report, a copy of which is attached as Exhibit "B".

All checks have been cashed. Evidence of the cancelled checks and a balance of zero for this estate is attached as Group Exhibit "C".

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.


April 16, 2009                         */s/ Richard M. Fogel*
DATE                                   RICHARD M. FOGEL, TRUSTEE

Richard M. Fogel (#3127114)
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL  60654
(312) 276-1334

{6114 RPT A0229325.DOC}